**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6200**

———————

TRAVIS STAMPER,

Petitioner - Appellant,

versus

RONALD MOATS, Warden; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-99-
1659-AMD)

———————

Submitted:  April 27, 2000          Decided:  May 3, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Travis Stamper, Appellant Pro Se.  John Joseph Curran, Jr., Attor-
ney General, Rachel Marblestone Kamins, OFFICE OF THE ATTORNEY GEN-
ERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Travis Stamper seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Stamper v. Moats, No. CA-99-1659-AMD (D. Md. Dec. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED